UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ALBERTO DE LA TORRE QUILES,**

    **Plaintiff,**

    v.

                              Civil Action 2:14-cv-2336
                              Judge Algenon L. Marbley
                              Magistrate Judge Elizabeth P. Deavers

**FEDERAL GOVERNMENT,**

    **Defendant.**

## ORDER

    This matter is before the Court for consideration of the December 4, 2014 Report and Recommendation of the United States Magistrate Judge, to whom this case was referred pursuant to 28 U.S.C. § 636(b).  (ECF No. 4.)  The Magistrate Judge recommended that the Court dismiss Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2) based upon her finding that his Complaint failed to satisfy the facial plausibility standard.

    The Report and Recommendation of the Magistrate Judge specifically advises Plaintiff that the failure to object to the Report and Recommendation within fourteen days results in a "waiver of the right to *de novo* review . . . by the District Judge and waiver of the right to appeal the judgment of the District Court."  (Report and Recommendation 5, ECF No. 4.)  The time period for filing objections to the Report and Recommendation has expired.  Plaintiff has not objected to the Report and Recommendation.

    The Court has reviewed the Report and Recommendation of the Magistrate Judge.  Noting

that no objections have been filed and that the time for filing such objections expired, the Court **ADOPTS** the Report and Recommendation (ECF No. 4) and **DISMISSES** this action pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim.  The Clerk is **DIRECTED** to enter judgment accordingly.

  **IT IS SO ORDERED.**

                  s/Algenon L. Marbley
                **ALGENON L. MARBLEY**
                **UNITED STATES DISTRICT COURT**

**DATED: February 19, 2015**